REQUARD et al. v. THEISS et al.

(Supreme Court, Appellate Term, First Department. January 27, 1897.)

APPEAL—FROM ORDER FOR JUDGMENT.
   An order dismissing a complaint is appealable where it was made on a mo-
tion for other relief on which a dismissal could not be lawfully granted.

Appeal from city court of New York, general term.

Action by Julius Requard and Edward L. Requard against George
Theiss and another.   From an order of the city court (42 N. Y.
Supp. 460) reversing an order of the special term dismissing the com-
plaint, defendants appeal.   Affirmed.

   Argued before DALY, P. J., and McADAM and BISCHOFF, JJ.

   Fromme Bros. (Herman Fromme, of counsel), for appellants.
   Baggott & Ryall (George J. Ryall, of counsel), for respondents.

PER CURIAM.   The order of the general term appears to be cor-
rect.   The motion which was heard by the special term was made
upon an order to show cause requiring the payment of money into
court, or giving of an undertaking, or, in default thereof, that plain-
tiff show cause why such payment should not be made or an under-
taking given as security for costs.   It appears by the order of the
special term that that motion was heard, but it appears from the
same order that the motion granted was a motion to dismiss the
complaint.  No notice of motion had been made for that relief, and
it was not included in the order to show cause.   The plaintiff had the
right, therefore, to appeal from an order granting relief which had
not been applied for, and the general term of the city court was
justified in reversing the order granting that relief.
   No error, therefore, is apparent from the record, and we have to
affirm.